UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Jennifer A. Cowen, | : | Case No. 5:24-00183–MJC |
| | : | |
| Debtor. | : | |

## ORDER CONFIRMING CHAPTER 13 PLAN

Upon consideration of the Debtor's Chapter 13 Plan filed on January 26, 2024, Dkt. # 8 ("Plan);

**AND**, after a hearing held on May 2, 2024;

**AND**, the Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

It is hereby **ORDERED** that:

The Chapter 13 Plan is Confirmed subject to the last sentence of the Non-Standard Provisions contained therein at Paragraph 9B of the Plan being stricken.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 2, 2024